**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

**CIVIL ACTION NO.: 2:26-cv-00272-BHH**

| | |
|---|---|
| Raymond E. Adams,<br><br>Plaintiff,<br>vs.<br><br>Albert Jerzy Michalak.<br><br>Defendant. | **PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** |

Pursuant to Rule 26(c), FRCP, Raymond E. Adams requests this Court enter a protective order in this case. In Support of this motion, Plaintiff would show as follow:

1. At Plaintiff Adams's deposition that occurred on July 27, 2026, Defendant Michalak, through his counsel, asked questions which implicated the attorney-client privilege. Specifically, counsel asked (1) "How did you get an appointment with Phoenix Orthopedics?"; and (2) "How did you end up at Benchmark Physical Therapy?" or words to that effect.

2. Plaintiff's counsel properly objected to preserve the privilege of Mr. Adams so that he would not divulge any information that is protected by attorney-client privilege.

3. The answer to this question and likely subsequent lines of questioning would reveal privileged attorney-client communications.

Plaintiff asks this Court to enter a protective order in this case. This Motion is supported by case law, statutes, and the civil rules, as Plaintiff will more fully set out in a Memorandum of Law enclosed herewith.

[Signature Page Follows]

Respectfully Submitted,

**MORGAN & MORGAN, P.A.**

By: */s/ J. Benjamin Myers*
J. BENJAMIN MYERS, ESQ.
SC Bar No.: 100190
Federal ID: 14279
4401 Belle Oaks Drive, Suite 300
North Charleston, SC, 29405
Telephone: (843) 619-4611
Fax: (854) 222-6501
ben.myers@forthepeople.com
*Attorney for the Plaintiff*

July 29, 2026