**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| PLAINTIFF<br><br>Raymond E. Adams,<br><br>-v-<br><br>DEFENDANTS<br><br>Albert Jerzy Michalak. | Civil Action No.: 2:26-cv-00272-BHH<br><br>**APPEARANCE OF COUNSEL** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**:

I am admitted to practice in this court, and I appear in this case as counsel for Raymond E. Adams.

**MORGAN & MORGAN, P.A.**

*s/ Cooper Klaasmeyer*
J. BENJAMIN MYERS, ESQ.
Federal ID: 14279
COOPER KLAASMEYER, ESQ.
Federal ID: 14272
4401 Belle Oaks Drive, Suite 300
North Charleston, SC, 29405
Telephone: (843) 973- 5438
cooper.klaasmeyer@forthepeople.com
**Attorneys for the Plaintiff**

August 17, 2026
Charleston, South Carolina