**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

**CIVIL ACTION NO.: 2:26-cv-00272-BHH**

| | | |
|---|---|---|
| Raymond E. Adams,<br><br>Plaintiff,<br>vs.<br><br>Albert Jerzy Michalak.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DEPOSITION TRANSCRIPT EXCERPTS IN SUPPORT OF MOTION FOR PROTECTIVE ORDER** |

In accordance with the Order of the Court dated September 11, 2026, counsel for Plaintiff hereby provides the relevant deposition transcript pages from Plaintiff's deposition that contain the questions at issue in Plaintiff's Motion for Protective Order, ECF No. 10.

Respectfully Submitted,

**MORGAN & MORGAN, P.A.**

By: */s/ J. Benjamin Myers*
J. BENJAMIN MYERS, ESQ.
SC Bar No.: 100190
Federal ID: 14279
4401 Belle Oaks Drive, Suite 300
North Charleston, SC, 29405
Telephone: (843) 619-4611
Fax: (854) 222-6501
ben.myers@forthepeople.com
*Attorney for the Plaintiff*

September 14, 2026