IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

DEPOSITION OF RAYMOND E. ADAMS

RAYMOND E. ADAMS,

Plaintiff,

Case No. 2:26-cv-00272-BHH

vs.

ALBERT JERZY MICHALAK,

Defendant.

---

DEPONENT: RAYMOND E. ADAMS

DATE: JULY 27, 2026

TIME: 10:06 AM

LOCATION: VIA ZOOM VIDEOCONFERENCE

REPORTED BY: KYLIE HEBEL
CLARK BOLEN, INC.
29 GAMECOCK AVE
CHARLESTON, SC 29407
843-762-6294
WWW.CLARKBOLEN.COM
OFFICE@CLARKBOLEN.COM

A. Correct.
Q. Had you ever been treated by BenchMark Physical Therapy --
A. No.
Q. -- prior to the accident?
A. No, sir. No.
Q. And how did you get lined up with the physical therapist? Did the doctors arrange that, or did you have to seek it out, or how did that happen?
A. Not to --
MR. PFEIFFER: Objection on attorney-client privilege.
Mr. Adams, I'm instructing you not to answer.
MR. BREHMER: You're telling him not to answer the question?
MR. PFEIFFER: Yes, sir.
Q. Did your doctor refer you to the physical therapist?
A. He recommended I see the therapist. Recommended the therapy, yes.
Q. And now the records I saw show that you saw a Tammy Wiggins at Elite Primary Care?
A. If that's her name. I don't really

will.

Q. Well, how did you get the appointments set up with Phoenix Orthopedics?

MR. PFEIFFER: Objection on attorney-client privilege.

Mr. Adams, I'm instructing you not to answer.

Q. Prior to this accident, had you ever heard of Phoenix Orthopedics?

A. No, sir.

Q. Did you pick Phoenix Orthopedics off of some internet website?

A. I don't recall exactly how we got connected. It could be the -- it's not the website. I talk to a lot of teachers, and they talk about their treatments and what have you, but I don't recall. I don't even recall Coffee County -- how I got connected with them. It just happened to be in Waycross.

Same thing with Waycross Medical Care. Sometimes you get doctors and either word of mouth or internet, or -- so I don't recall, to answer the question.

Q. Did Dr. House refer you to Phoenix Orthopedics?